IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARTHUR BROOKS,

     Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4255

_____/

Opinion filed September 3, 2014.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Arthur Brooks, pro se, Appellant.

Jennifer Parker, General Counsel, and Beverly Brewster, Assistant General
Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.